IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **AMIE D. FESSLER**,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>**COMMISSIONER, SOCIAL SECURITY ADMINISTRATION**,<br><br>　　　　Defendant. | Case No. 3:21-cv-01845-IM<br><br>**ORDER GRANTING FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d)** |

**IMMERGUT, District Judge.**

　　　Based on the stipulation of the parties, ECF 14, it is hereby ORDERED that fees in the amount of $8,955.19 shall be awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). Attorney and paralegal's fees in the amount of $8,955.19 will be paid to Plaintiff's attorney, subject to verification that Plaintiff does not have a debt which qualifies for offset against the awarded fees, pursuant to the Treasury Offset Program as discussed in *Astrue v. Ratliff*, 560 U.S. 586 (2010).

PAGE 1 – ORDER

If Plaintiff has no such debt, then the check shall be made out to Plaintiff's attorney, H. Peter Evans: 222 NE Park Plaza Drive, Suite 113, Vancouver, WA 98684. If Plaintiff has a debt, then the check for any remaining funds after offset of the debt shall be made out to Plaintiff and mailed to Plaintiff's attorney's office at the address stated above.

**IT IS SO ORDERED.**

DATED this 16th day of February, 2023.

/s/ Karin J. Immergut
Karin J. Immergut
United States District Judge

PAGE 2 – ORDER